**551** HACKLEY .vs. CIRCUIT JUDGE (Muskegon), 58 M.,' 454.

**552** HACKLEY vs. CIRCUIT JUDGE (Muskegon), 58 M., 454.

To vacate an order striking from the files a paper executed by Harriet P. Hackley, waiving all errors and exceptions in a matter which had been tried in the Circuit Court, in which she was a party, waiving the right to move for a new trial and consenting that the verdict and judgment against her should stand as final and conclusive.

Granted November 18, 1885.

Harriet P. Hackley filed a petition in the Probate Court claiming to be the widow of Porter Hackley, and asking for an allowance. The court made an order granting an allowance. On appeal a jury found that she was not the widow. Pending the time fixed for settlement of a bill of exceptions, the paper referred to was signed and filed. Afterwards a member of the firm of attorneys who had appeared for claimant, moved the court to strike the paper from the files, alleging that he held an assignment of the interest of Harriet P. Hackley in the decedent estate and that the stipulation was a fraud upon his rights. The court below granted the motion.